UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF : | * | CASE NO:  A 04-90492 |
| JOSE NAVARRO, | * | CHAPTER 13 |
| Debtor | * | |
| Defendant. | * | JUDGE  BIHARY |

**PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

COMES NOW, Debtor, JOSE NAVARRO, by and through his attorney of record, S. George Handelsman and submits his Petition for Payment of Unclaimed Funds as follows:

1.

Jose Navarro filed Chapter Thirteen Bankruptcy in 2004, case number A 04-90492 and submitted the amount of $156,980.66 to comply with the requirements of the Chapter 13 Bankruptcy.

2.

Out of the amounts paid to the creditors, the amount of 11,619.04 was returned to the Bankruptcy Court as uncollectable on December 12, 2006.

3.

Two Creditors were sent checks in the amount of $5,085.00 and $406.00 which were issued in the above styled bankruptcy case; they were returned as unpayable and returned to the Bankruptcy Court as un collectable on July 10, 2006. (See Debtor's Affidavit which is attached hereto as Exhibit "A" and made a part hereof.)

4.

Because that check was not cashed by said payee's pursuant to 11 U.S.C. §347(A), on July 10, 2006 and December 12, 2006, the trustee paid those unclaimed funds totaling $17,110.84 to the Clerk, U.S. Bankruptcy Court.

5.

Wherefore Debtor submits this Petition and prays that the unclaimed funds in the amount of $17,110.84 be refunded to him.

Submitted this 15th day of November. 2007.

_____
S. GEORGE HANDELSMAN, ATTY
FOR JOSE NAVARRO
GA State Bar No: 322850

1401 Peachtree Street, NE
Suite 240
Atlanta, GA  30309
404 522-0777  Tel.
404 873-3335  Fax
sgh@lawatl.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF : | * | CASE NO: A 04-90492 |
| JOSE NAVARRO, | * | CHAPTER 13 |
| Debtor | * | JUDGE BIHARY |
| Defendant. | * | |

## AFFIDAVIT FOR PETITION FOR PAYMENT OF UNCLAIMED FUNDS

My name is Jose Navarro and I filed Chapter Thirteen Bankruptcy in 2004, case number A 04-90492 and submitted the appropriate payments to comply with the requirements of the Chapter 13 Bankruptcy.

1.

Out of the amounts paid to the creditors, the amount of 11,619.04 was returned to the Bankruptcy Court as uncollectable on December 12, 2006.

2.

The following named creditors were unable to be located from the commencement of my bankruptcy case and their whereabouts continue to be unknown. A payment check in the amount of $5,085.00 and $406.00 was issued in the above styled bankruptcy case as payment for Antonio Gutierrez and Carlos Aranda who's mailing addresses at the time of issue were  Antonio Gutierrez  1375 Tall Pines Drive in Douglasville, Georgia  30134.  Carlos Aranda  1375 Tall Pines Drive in Douglasville, Georgia  30134.

3.

Because that check was not cashed by said payee's pursuant to 11 U.S.C. §347(A), on July 10, 2006 and December 12, 2006, the trustee paid those unclaimed funds to the Clerk, U.S. Bankruptcy Court.

4.

Therefore I am submitting my application to have these unclaimed funds totaling the amount of $17,110.84 be returned to my attorney at the following address:  Mr. S. George Handelsman, Esq. 1401 Peachtree Street, NE  Suite 240 Atlanta, Georgia 30309.



EXHIBIT "A"

This 2nd day of November, 2007.

_____
JOSE NAVARRO

Sworn to and subscribed before me
this ____ day of Nov. 2007.

_____
NOTARY PUBLIC

[Notary Seal: SEPT 15 2009, COBB CO., GEORGIA, NOTARY PUBLIC]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF : | * | CASE NO:  A 04-90492 |
| JOSE NAVARRO, | * | CHAPTER 13 |
| Debtor | * | JUDGE  BIHARY |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

That I have this day served the United States Attorney and the Trustee with a true and correct copy of the Petition for Payment of Unclaimed Funds, Order for Payment of Unclaimed Funds and Affidavit for Petition for Payment of Unclaimed Funds to the following addresses:

**United States Attorney** -

1800 Richard Russell Federal Bldg. 75 Spring Street, SE Atlanta, Georgia  30303

**Trustee, Mary Ida Townson**

100 Peachtree Street - Suite 2700 Atlanta, Georgia  30303


This 15th day of November 2007


S. George Mandelsman, Esq.
1401 Peachtree Street, NE  Suite 240
Atlanta, GA  30309

**LAW OFFICES OF**

# S. GEORGE HANDELSMAN

**1401 Peachtree Street, NE, Suite 240**
**Atlanta, Georgia 30309**
lawoffices@lawatl.com



Tel:  404-522-0777
Fax:  404-873-3335

**Sender's Direct Email**
lvl@lawatl.com

November 15, 2007

Clerk of Bankruptcy Court
United States Courthouse
75 Spring Street, SW
Atlanta, GA 30303

      RE:    In Re: JOSE NAVARRO
                Case No: A 04-90492
                Chapter 13

Dear Clerk of Bankruptcy Court:

    Enclosed please find Debtor's Petition for Payment of Unclaimed Funds with attached Affidavit, Order for Payment of Unclaimed Funds and Certificate of Service on the above mentioned bankruptcy case. Please be so kind to file same, return the attached copy stamped "filed" in the enclosed self addressed stamped envelope provided herein and forward these documents to the Judge for her consideration and signature.

    Thank you for your kind consideration in this matter. If there are any questions, please do not hesitate to contact this office.

    With best regards, I remain

                                          Very truly yours,

                                          Lauren Linares, Paralegal with
                                          Attorney S. George Handelsman

Enclosures

cc:    United States Attorney;
        Mary Ida Townson, Trustee
        Mr. Jose Navarro